1  M. VAN SMITH(SBN 32007)
   1696 Mendenhall Drive
2  San Jose, California 95130
3  Telephone (408) 364-1062
4  Attorney for Plaintiff,
   MARTIN L. ZUNIGA
5

*E-FILED - 12/17/09*

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MARTIN L. ZUNIGA,**
              **Plaintiff,**

   vs.

**LINCARE, INC., a foreign corporation,**

              **Defendant.**
_____/

Case No. C 08-04249 XX RMW
ORDER GRANTING
**REQUEST BY PLAINTIFF**
**FOR DISMISSAL**

The parties have settled the above-entitled case.  Plaintiff requests that the case be dismissed with prejudice.

Dated: December 1, 2009.

                                            _M. Van Smith_
                                            M. VAN SMITH
                                            Attorney for Plaintiff

DATED: 12/17/09

IT IS SO ORDERED
_Ronald M. Whyte_
Judge Ronald M. Whyte

**REQUEST BY PLAINTIFF FOR DISMISSAL**